UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SUNNYLAND PROPERTIES, LTD., § <br> a Texas Limited Partnership, and § <br> GATOR SPRING VALLEY PARTNERS, LLLP, § <br> a Florida Limited Partnership, § <br> § <br> Defendants § | Case No.: 3:21-CV-2900 |

## JOINT REPORT ON MEDIATOR

Sunnyland Properties, Ltd., Defendant, joined by James Joseph Juluke, Jr., Plaintiff, and Gator Spring Valley Partners, LLLP report as required by this Court's Order of February 4, 2022 [Dkt. 21] that their choice of an agreed upon mediator is Magistrate Judge Jeff Kaplan (ret.).

Signed on March 8, 2022.

_____
Richard M. Hunt
Texas State Bar No. 10288700
rhunt@hunthuey.com

HUNT HUEY PLLC
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone: (214) 641-9182
Facsimile: (214) 279-6124

ATTORNEYS FOR SUNNYLAND
PROPERTIES LTD

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on all counsel of record through the Court's ECF system as required by Rule 5 of the Federal Rules of Civil Procedure on March 8, 2022.

_____
Richard M. Hunt