IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES JOSEPH JULUKE, JR | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:21-cv-2900-E |
| | § | |
| SUNNYLAND PROPERTIES LTD | § | |
| AND GATOR SPRING VALLEY | § | |
| PARTNERS LLLP, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated February 2, 2024, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED**: February 21, 2024.

Ada E. Brown
UNITED STATES DISTRICT JUDGE